# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| CYBOENERGY, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ALTENERGY POWER SYSTEM USA, INC., <br><br> *Defendant*. | Civil Action No. 6:22-cv-01136-KC |

## DEFENDANT'S NOTICE OF APPEARANCE OF KRISTOPHER L. REED

TO THE HONORABLE DISTRICT COURT JUDGE KATHLEEN CARDONE:

Defendant Altenergy Power System USA, Inc. files this Notice of Appearance and hereby notifies the Court that the following attorney has entered this action as its counsel:

Kristopher L. Reed
Texas State Bar No. 24130416
KILPATRICK, TOWNSEND & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Telephone: (214) 922-7143
Facsimile: (214) 922-7101
kreed@kilpatricktownsend.com

Mr. Reed requests that his appearance for Defendant be reflected on the Court's docket and that all future pleadings, Orders and other papers be served on him.

Dated:  March 7, 2023.

Respectfully submitted,

/s/ *Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
pamstutz@scottdoug.com

Kristopher L. Reed
Texas State Bar No. 24130416
KILPATRICK, TOWNSEND & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Telephone: (214) 922-7143
Facsimile: (214) 922-7101
kreed@kilpatricktownsend.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on March 7, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ *Paige Arnette Amstutz*
Paige Arnette Amstutz