IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CYBOENERGY, INC., | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. WA-22-CV-1136-KC |
| | § | |
| ALTENERGY POWER SYSTEM USA, INC., | § | |
| | § | |
|   Defendant. | § | |

## SCHEDULING ORDER

The parties have submitted their Report of Parties' Planning Meeting, ECF No. 20. The Report of Parties' Planning Meeting is **ADOPTED** in part, and the Court **ORDERS** the following deadlines:

| | |
|---|---|
| Motions to Transfer: | May 25, 2023 |
| Preliminary Invalidity Contentions: | May 30, 2023 |
| Exchange of Proposed Terms and Claim Elements: | July 10, 2023 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence: | July 31, 2023 |
| Joint Claim Construction and Prehearing Statement: | September 1, 2023 |
| Claim Construction Discovery Closes: | September 28, 2023 |
| Claim Construction Opening Brief: | October 12, 2023 |
| Claim Construction Response Brief: | October 26, 2023 |
| Claim Construction Reply Brief: | November 3, 2023 |
| Optional Technology Tutorials: | November 13, 2023 |

*Markman* Hearing:                                             November 27, 2023

**IT IS FURTHER ORDERED** that a trial date and all further pre-trial deadlines shall be issued following the Court's decision on claim construction.

**IT IS FURTHER ORDERED** that the parties shall participate in and complete a formal dispute resolution process by no later than October 12, 2023.

**IT IS FURTHER ORDERED** that the parties shall provide the Court with written notice listing the name and address of the dispute resolution provider by no later than July 12, 2023.

**IT IS FURTHER ORDERED** that the parties shall submit to the Court a written report pursuant to Rule CV-88 of the Western District of Texas Local Court Rules of the outcome of the alternative dispute resolution procedure ordered herein not later than three days after the conclusion of such procedure.

**IT IS FURTHER ORDERED** that in the event that an inter partes review proceeding ("IPR") is instituted, Plaintiff shall file notice with the Court within two weeks thereof.

**SO ORDERED**.

**SIGNED this 27th day of April, 2023.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE