# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| CYBOENERGY, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 6:22-CV-01136-KC |
| | § | |
| ALTENERGY POWER SYSTEM USA, INC., | § | |
| | § | |
| *Defendant.* | § | |

## **JOINT NOTICE OF SELECTION OF ADR PROVIDER**

Pursuant to Rule CV-88 and the Court's Scheduling Order (Dkt. 21), Plaintiff CyboEnergy, Inc and Defendant Altenergy Power System USA, Inc., hereby jointly report that their respective counsel have met and conferred regarding Alternative Dispute Resolution (ADR) and have selected the following ADR provider:

Donald R. Philbin, Jr., JD, MBA, LLM
P. O. Box 12367
San Antonio, TX 78212
(210) 212-7100
don.philbin@adrtoolbox.com

Dated: July 12, 2023

**RAMEY LLP**

_/s/ William P. Ramey III (with permission)_

William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

_Attorneys for CyboEnergy, Inc._

Respectfully Submitted,

**QUARLES & BRADY LLP**

_/s/ Johanna M. Wilbert_

Michael J. Curley _(pro hac vice)_
One South Church Avenue, Suite 1800
Tucson, AZ 85701
Ph: (520) 770-8700
michael.curley@quarles.com

Johanna M. Wilbert _(pro hac vice)_
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Ph: (414) 277-5000
johanna.wilbert@quarles.com

Lauren C. Bolcar _(pro hac vice)_
2020 K Street NW, Suite 400
Washington, D.C. 20006
Ph: (202) 372-9600
lauren.bolcar@quarles.com

Stephen E. Osseiran _(pro hac vice)_
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Ph: (312) 715-5000
stephen.osseiran@quarles.com

**SCOTT, DOUGLASS & MCCONNICO, LLP**
Paige Arnette Amstutz
Texas State Bar No. 00796136
303 Colorado Street, Suite 2400
Austin, TX 78701
Ph: (512) 495-6300
pamstutz@scottdoug.com

_Attorneys for Defendant_
_Altenergy Power System USA, Inc._

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on July 12, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Johanna M. Wilbert*
Johanna M. Wilbert