IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CYBOENERGY, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ALTENERGY POWER SYSTEM USA, INC., <br><br> *Defendant.* | Case No. 6:22-CV-01136-KC |

**PARTIES' JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Under the Court's Standing Order on Patent Cases and pursuant to the Court's Scheduling Order (ECF No. 21), Defendant Altenergy Power System USA, Inc. ("APsystems"), and Plaintiff CyboEnergy, Inc's ("CyboEnergy"), collectively "the Parties," submit this Joint Claim Construction and Prehearing Statement.

**I.  Agreed Claim Constructions**

The Parties have agreed to the following construction with regard to U.S. Patent No. 8,786,133:

All terms should be given their plain and ordinary meaning.

**II.  Disputed Claim Terms**

The following chart identifies the disputed claim terms for U.S. Patent No. 9,331,489 as well as each Party's proposed constructions:

| Claim Term | Asserted Claim | Plaintiff's Proposed Construction(s) | Defendant's Proposed Construction(s) |
|---|---|---|---|
| "DC-DC boost converter" | Claim 14 | Plain and ordinary meaning, no construction needed | One of a Buck Converter, Boost Converter, Buck-Boost Converter, Super-Lift Luo Converter, or Cascade Boost Converter used to boost the DC input voltage to a higher voltage. |
| "supporting circuits" | Claim 14 | Plain and ordinary meaning, no construction needed | Indefinite. |
| "measurement circuits" | Claim 14 | Plain and ordinary meaning, no construction needed | Indefinite. |
| "DC power combiner…for combining" | Claim 14 | Plain and ordinary meaning, no construction needed | Indefinite as a 112(6) element with no corresponding structure disclosed. Alternatively, a device capable of combining DC output from all DC-DC boost converters while also selectively passing though power received from one channel while combining power from the other connected channels. |
| "constructed to run the power inverter in normal or low power mode based on calculated DC input power" | Claim 14 | Plain and ordinary meaning, no construction needed | Constructed to run the power inverter in normal mode or low power mode when the total power generated by the connected solar panels falls below some threshold. |

| | | | |
|---|---|---|---|
| "configured to take DC power from a dedicated input channel and its connected solar panel" | Claim 14 | Plain and ordinary meaning, no construction needed | Configured to take DC power from one and only one input channel and its connected solar panel. |

Exhibit A provides and identification of extrinsic and intrinsic evidence supporting Defendant's proposed constructions.[1]

### III.   Anticipated Length of Claim Construction Hearing

The Parties anticipate the Claim Construction Hearing taking no longer than 2 hours, which would allow each side 1 hour to argue the disputed claim terms.

### IV.   Witnesses at Claim Construction Hearing

The Parties do not intend to offer any live witness testimony at the Claim Construction Hearing.

---

[1] Plaintiff believes that no construction is needed, and all claim terms proposed by Defendant should be given their plain and ordinary meaning. Accordingly, Plaintiff does not have any intrinsic or extrinsic evidence to affirmatively designate at this time.  However, Plaintiff reserves the right to identify and present evidence and/or witness testimony in rebuttal.

Dated: September 1, 2023

**RAMEY LLP**

*/s/William P. Ramey, III. (with consent)*

William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Ph: (713) 426-3923
Fax: (832) 900-4941
wramey@rameyfirm.com

*Attorneys for Plaintiff
CyboEnergy, Inc.*

Respectfully Submitted,

**QUARLES & BRADY LLP**

*/s/Michael J. Curley*

Michael J. Curley *(pro hac vice)*
One South Church Avenue, Suite 1800
Tucson, AZ 85701
Ph: (520) 770-8700
michael.curley@quarles.com

Johanna M. Wilbert *(pro hac vice)*
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Ph: (414) 277-5000
johanna.wilbert@quarles.com

Lauren C. Bolcar *(pro hac vice)*
2020 K Street NW, Suite 400
Washington, D.C. 20006
Ph: (202) 372-9600
lauren.bolcar@quarles.com

Stephen E. Osseiran *(pro hac vice)*
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Ph: (312) 715-5000
stephen.osseiran@quarles.com

**SCOTT, DOUGLASS & MCCONNICO, LLP**
Paige Arnette Amstutz
Texas State Bar No. 00796136
303 Colorado Street, Suite 2400
Austin, TX 78701
Ph: (512) 495-6300
pamstutz@scottdoug.com

*Attorneys for Defendant
Altenergy Power System USA, Inc.*

**CERTIFICATE OF SERVICE**

    Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 1, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                            */s/Michael J. Curley*
                                            Michael J. Curley