# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CYBOENERGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. WA-22-CV-1136-KC |
| | § | |
| ALTENERGY POWER SYSTEM USA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the case. Upon due consideration, the Court **REFERS** claim construction proceedings in this matter to United States Magistrate Judge Derek T. Gilliland. The scope of this referral is limited to claim construction only, and includes the following duties: (1) presiding over the *Markman* hearing; (2) issuing a Report and Recommendation on claim construction; and (3) issuing case management orders as necessary to facilitate the claim construction proceedings, including, but not limited to, setting the date and time of the *Markman* hearing and appointing a technical advisor, if appropriate.

**SO ORDERED**.

SIGNED this 10th day of October, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE