# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CYBOENERGY, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>ALTENERGY POWER SYSTEM USA, INC.,<br><br>          Defendant. | Civil Action No. 6:22-cv-01136-KC<br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION TO WITHDRAW STEPHEN E. OSSEIRAN AS COUNSEL OF RECORD FOR DEFENDANT

Defendant Altenergy Power System USA, Inc. ("Defendant") hereby moves this Court to withdraw the appearance of Stephen E. Osseiran as Counsel of Record for Defendant. Defendant consents to this request, and other Counsel of Record at Quarles & Brady and Scott Douglass & McConnico LLP will continue to represent Defendant in this matter. The requested withdrawal will not prevent Defendant from meeting existing deadlines or proceeding in this case.

Plaintiff does not oppose this motion.

Dated: November 1, 2023.

                            **SCOTT DOUGLASS & MCCONNICO LLP**

                            By: */s/ Paige Arnette Amstutz*
                            Paige Arnette Amstutz
                            TX State Bar No. 00796136
                            303 Colorado Street, Suite 2400
                            Austin, TX 78701
                            Tel: (512) 495-6300
                            Fax: (512) 495-6399
                            pamstutz@scottdoug.com

QUARLES & BRADY LLP

*/s/ Michael J. Curley*

Michael J. Curley *(pro hac vice)*
One South Church Avenue, Suite 1800
Tucson, AZ 85701
Ph: (520) 770-8700
michael.curley@quarles.com

Johanna M. Wilbert *(pro hac vice)*
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Ph: (414) 277-5000
johanna.wilbert@quarles.com

Lauren C. Bolcar *(pro hac vice)*
2020 K Street NW, Suite 400
Washington, D.C. 20006
Ph: (202) 372-9600
lauren.bolcar@quarles.com

*Attorneys for Defendant*
*Altenergy Power System USA, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Plaintiff's counsel and that Plaintiff's counsel does not oppose the relief requested in this motion.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 31, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz

4854-5447-4380