IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CYBOENERGY, INC. | § § § | |
| v. | § § | Case No. 6:22-CV-01136-KC |
| ALTENERGY POWER SYSTEM USA, INC. | § § § § | |

## ORDER TO PAY TECHNICAL ADVISOR

For the reasons explained in the Order Appointing Technical Advisor previously entered in this case, the Court appointed Kirk Voss to serve as technical advisor. The Court has reviewed Mr. Voss's invoice for services through today, which include assisting the Court in evaluating the proper construction of disputed claim terms and the preparation of the Report and Recommendation on Claim Construction and supporting memorandum. The Court finds the requested amount of $19,360 to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made to Mr. Voss as follows:

Plaintiff:            $9,680; and

Defendant:       $9,680.

The Parties shall contact Mr. Voss for payment instructions.

**SIGNED** this 21st day of December, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE