IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CYBOENERGY, INC., §<br>§<br>  *Plaintiff,* §<br>§<br>v. §<br>§<br>ALTENERGY POWER SYSTEM USA, §<br>INC., §<br>§<br>  *Defendant.* § | Case No. 6:22-CV-01136-KC |

## JOINT NOTICE REGARDING REQUEST TO TRANSFER

Pursuant to the Court's January 5, 2024 Order (ECF No. 49), Defendant Altenergy Power System USA, Inc. ("APsystems"), and Plaintiff CyboEnergy, Inc. ("CyboEnergy") (collectively "the Parties"), hereby submit the following response to the Court's request to transfer this action to the El Paso Division of the Western District of Texas.

All of the parties do not consent to the transfer of the entire case to the El Paso Division of the Western District of Texas. All of the parties do consent to the pre-trial conference, settlement conference, and any other miscellaneous hearings being held in El Paso.

Dated: January 25, 2024

**RAMEY LLP**

*/s/ William P. Ramey, III*

William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)

Respectfully Submitted,

**QUARLES & BRADY LLP**

*/s/ Lauren C. Bolcar*

Michael J. Curley *(pro hac vice)*
One South Church Avenue, Suite 1800
Tucson, AZ 85701
Ph: (520) 770-8700
michael.curley@quarles.com

| | |
|---|---|
| (832) 900-4941 (fax)<br>wramey@rameyfirm.com<br><br>*Attorneys for CyboEnergy, Inc.* | Johanna M. Wilbert *(pro hac vice)*<br>411 E. Wisconsin Avenue, Suite 2400<br>Milwaukee, WI 53202<br>Ph: (414) 277-5000<br>johanna.wilbert@quarles.com<br><br>Lauren C. Bolcar *(admitted in the WDTX)*<br>2020 K Street NW, Suite 400<br>Washington, D.C. 20006<br>Ph: (202) 372-9600<br>lauren.bolcar@quarles.com<br><br>**SCOTT, DOUGLASS & MCCONNICO, LLP**<br>Paige Arnette Amstutz<br>Texas State Bar No. 00796136<br>303 Colorado Street, Suite 2400<br>Austin, TX 78701<br>Ph: (512) 495-6300<br>pamstutz@scottdoug.com<br><br>*Attorneys for Defendant*<br>*Altenergy Power System USA, Inc.* |

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 25, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Lauren C. Bolcar*
Lauren C. Bolcar