IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **CYBOENERGY, INC.,**<br>　　　Plaintiff,<br><br>v.<br><br>**ALTENERGY POWER SYSTEM USA, INC.,**<br>　　　Defendant | Civil Action No. 6:22-cv-01136-KC<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO STAY ALL DEADLINES

Plaintiff, Cyboenergy, Inc. ("Cyboenergy") files this Unopposed Motion to Stay All Deadlines because all matters in controversy between Defendant, Altenergy Power Systems USA, Inc. ("APS") are being worked out and hope to settle this case in the near future. Thus, parties require additional time to finalize the agreement and to dismiss the case. Therefore, the parties respectfully request that all hearings and deadlines between the parties be stayed for 30 days.

DATED: February 28, 2024　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**Ramey LLP**

　　　　　　　　　　　　　　　　　By: */s/ William P. Ramey, III*
　　　　　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24027643
　　　　　　　　　　　　　　　　　　　5020 Montrose Blvd., Suite 800
　　　　　　　　　　　　　　　　　　　Houston, Texas 77006
　　　　　　　　　　　　　　　　　　　(713) 426-3923 (telephone)
　　　　　　　　　　　　　　　　　　　(832) 900-4941 (fax)
　　　　　　　　　　　　　　　　　　　wramey@rameyfirm.com

　　　　　　　　　　　　　　　　　***Attorneys for Cyboenergy, Inc.***

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendants on February 26, 2024, and the parties are in agreement to this Motion for Stay.

>*/s/ William P. Ramey, III*
>William P. Ramey, III

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2024, a true and correct copy of the forgoing has been forwarded to all counsel of record via CM/ECF filing in accordance with the Federal Rules of Civil Procedure:

>*/s/ William P. Ramey, III*
>William P. Ramey, III