# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **CYBOENERGY, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. WA-22-CV-1136-KC |
| § | |
| **ALTENERGY POWER SYSTEM USA, INC.,** § § | |
| § | |
| Defendant. § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal, ECF No. 58. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Joint Stipulation, the Court **ORDERS** that all of Plaintiffs' claims are **DISMISSED** with prejudice as to the asserted patents.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

**IT IS FURTHER ORDERED** that Defendant's Motion to Compel, ECF No. 51, is **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 25th day of March, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE